UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>United States of America</u>

       v.                       Criminal No. 11-cr-173-01-JL

<u>Jonathan Tanguay</u>

<u>O R D E R</u>

    The assented to motion to reschedule jury trial (document no. 9) filed by defendant is granted in part. The continuance is limited to 60 days; Final Pretrial is rescheduled to March 22, 2012 at 11:30 a.m.; Trial is continued to the two-week period beginning April 3, 2012, 9:30 a.m.

    Defendant shall file a waiver of speedy trial rights within 10 days. The court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(7)(B)(iv), for the reasons set forth in the motion.

    SO ORDERED.

                                                 <u>*/s/ Joseph N. Laplante*</u>
                                                 Joseph N. Laplante
                                                 Chief Judge

Date: January 18, 2012

cc: Behzad Mirhashem, AFD
    Helen W. Fitzgibbon, AUSA
    U.S. Marshal
    U.S. Probation