UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>United States of America</u>

   v.         Criminal No. 11-cr-173-01-JL

<u>Jonathan Tanguay</u>

<u>O R D E R</u>

  The assented to motion to reschedule jury trial (document no. 19) filed by defendant is granted; Final Pretrial is rescheduled to May 24, 2012 at 10:00 a.m.; Trial is continued to the two-week period beginning June 5, 2012, 9:30 a.m. Further continuances are unlikely.

  Defendant shall file a waiver of speedy trial rights within 10 days. The court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(7)(B)(iv), for the reasons set forth in the motion.

  SO ORDERED.

                **/s/Joseph N. Laplante**
                Joseph N. Laplante
                Chief Judge

Date: March 2, 2012

cc: Helen W. Fitzgibbon, AUSA
  Behzad Mirhashem, AFD
  U.S. Marshal
  U.S. Probation