UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

United States of America

       v.                      Criminal No. 11-cr-173-01-JL

Jonathan Tanguay

O R D E R

The assented to motion to reschedule jury trial (document no. 38) filed by defendant is granted; Final Pretrial is rescheduled to July 2, 2012 at 2:30 p.m.; Trial is continued to the two-week period beginning July 10, 2012, 9:30 a.m.

Defendant shall file a waiver of speedy trial rights within 10 days. The court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(7)(B)(iv), for the reasons set forth in the motion.

SO ORDERED.

_____
Joseph N. Laplante
Chief Judge

Date: May 24, 2012

cc: Helen W. Fitzgibbon, Esq.
    Seth R. Aframe, Esq.
    U.S. Marshal
    U.S. Probation