UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>United States of America</u>

       v.                            Civil No. 11-cr-00173-01-JL

<u>Jonathan Tanguay</u>

<u>O R D E R</u>

The assented to motion to reschedule jury trial (document no. 46) filed by defendant is granted; Final Pretrial is rescheduled to August 27, 2012 at 3:30 p.m.; Trial is continued to the two-week period beginning September 5, 2012, 9:30 a.m.

Defendant shall file a waiver of speedy trial rights within 10 days. The court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(7)(B)(iv), for the reasons set forth in the motion.

SO ORDERED.

*/s/ Joe Laplante*
_____
Joseph N. Laplante
Chief Judge

Date: June 19, 2012

cc: Behzad Mirhashem, AFD
    Jeffrey S. Levin, AFD
    Helen W. Fitzgibbon, AUSA
    Seth Aframe, AUSA
    U.S. Marshal
    U.S. Probation